# IN THE SUPREME COURT OF THE STATE OF NEVADA

EVERARDO GONZALEZ,
               Appellant,

vs.

MARIA GONZALEZ,
               Respondent.

No. 80764

FILED

SEP 22 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order granting a motion to compel compliance with a district court order and imposing sanctions. Eighth Judicial District Court, Clark County; David S. Gibson, Jr., Judge.

Because the appeal appears to be from a non-appealable order, this court entered an order on June 8, 2020, directing appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Appellant failed to respond, and on July 29, 2020, this court entered another order directing appellant to respond within 14 days. The order cautioned that failure to respond could result in dismissal of the appeal. To date, appellant has not responded to this court's orders and has not communicated with this court; accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

20-34768

cc:    Hon. David S. Gibson, Jr., District Judge
James J. Jimmerson, Settlement Judge
Alex B. Ghibaudo, PC.
Guinness Law Firm
Eighth District Court Clerk